```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06072
   ANSIL C YORKE
   JOY R BEST                                  CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6177     SSN XXX-XX-3902

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/04/2007 and was not confirmed.

     The case was dismissed without confirmation 08/06/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG          .00           .00            .00
DRIVE FINANCIAL SERVICES SECURED VEHIC          .00           .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY         NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY           1724.57           .00            .00
ADVANCE TIL PAYDAY       UNSECURED           400.01           .00            .00
ADVOCATE MEDICAL GROUP   UNSECURED         NOT FILED          .00            .00
ALS SERVICES LLC         UNSECURED         NOT FILED          .00            .00
AMERICAN FAMILY INSURANC UNSECURED         NOT FILED          .00            .00
AMERICASH LOANS LLC      UNSECURED           466.95           .00            .00
ARC DISPOSAL & RECYCLING UNSECURED         NOT FILED          .00            .00
CHECK N GO               UNSECURED         NOT FILED          .00            .00
COMCAST CABLE            UNSECURED         NOT FILED          .00            .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED          .00            .00
DEVON FINANCIAL SERVICE  UNSECURED         NOT FILED          .00            .00
DISH NETWORK             UNSECURED         NOT FILED          .00            .00
DOMINICKS                UNSECURED         NOT FILED          .00            .00
PREMIER BANCARD CHARTER  UNSECURED            442.13          .00            .00
NATIONAL CAPITAL MANAGEM UNSECURED            576.18          .00            .00
FORTE COMMUNICATIONS     UNSECURED         NOT FILED          .00            .00
IDES                     UNSECURED           4928.00          .00            .00
INSTANT CASH ADVANCE     UNSECURED         NOT FILED          .00            .00
INSTANT CASH ADVANCE     UNSECURED         NOT FILED          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED            300.51          .00            .00
LANE BRYANT              UNSECURED         NOT FILED          .00            .00
QC FINANCIAL SERVICES IN UNSECURED            202.40          .00            .00
NICOR GAS                UNSECURED            606.31          .00            .00
NORTH MAINE UTILITIES    UNSECURED            192.94          .00            .00
NUTRITION CLINIC         UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN STORE OF IL  UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN              UNSECURED         NOT FILED          .00            .00
QUEST DIAGNOSTICS        UNSECURED         NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED            316.84          .00            .00
SAFEWAY INC              UNSECURED         NOT FILED          .00            .00
SEE SAW BOOK CLUB        UNSECURED         NOT FILED          .00            .00
SHORT TERM LOANS         UNSECURED           1115.55          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06072 ANSIL C YORKE & JOY R BEST
```

```
SHORT TERM LOANS          UNSECURED       NOT FILED           .00          .00
SPRINT-NEXTEL CORP        UNSECURED          914.65           .00          .00
ROUNDUP FUNDING LLC       UNSECURED          364.57           .00          .00
WORLD FINANCIAL NETWORK   UNSECURED          667.18           .00          .00
LITTON LOAN SERVICING     SECURED NOT I        .00            .00          .00
QC FINANCIAL SERVICES IN  UNSECURED          366.40           .00          .00
QC FINANCIAL SERVICES IN  UNSECURED          209.76           .00          .00
QC FINANCIAL SERVICES IN  UNSECURED          148.17           .00          .00
ROUNDUP FUNDING LLC       UNSECURED          628.31           .00          .00
CROSS CHECK               UNSECURED       NOT FILED           .00          .00
ENTERPRISE                UNSECURED       NOT FILED           .00          .00
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED           .00          .00
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED          677.02           .00          .00
*FELD & KORRUB            DEBTOR ATTY      2,500.00                     516.00
TOM VAUGHN                TRUSTEE                                        38.24
DEBTOR REFUND             REFUND                                        277.12

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                831.36

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  516.00
TRUSTEE COMPENSATION                             38.24
DEBTOR REFUND                                   277.12
                     ---------------     ---------------
TOTALS                 831.36                   831.36
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/03/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 07 B 06072 ANSIL C YORKE & JOY R BEST